LOUIS COPE v. JOSEPH RUSIGNOLA.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCISCO MARTINEZ–LOPEZ.

March 27, 1984.

Petition for certification denied.

JOSE A. GONZALEZ v. KIBBY KEVELSON.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH PERKINS.

March 27, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL DACHILLE.

March 27, 1984.

Petition for certification denied.